UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA             :
                                     :    07-MAG-1440
        -against-                    :
                                     :    NOTICE OF APPEARANCE
                                     :
BARRY WINSTEN                        :
------------------------------------------------------------x

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
      THE SOUTHERN DISTRICT OF NEW YORK:

Please enter my appearance in the above-entitled action as attorney for the Defendant, BARRY WINSTEN.

Dated: September 7, 2007              Michael Rosen, Esq.
                                      61 Broadway - Suite 1105
                                      New York, New York 10006
                                      (212) 742-1717
                                      MROSENLAW@aol.com

cc:   AUSA Michael Q. English
      Office of the US Attorney for
      the Southern District of New York
      (By ECF)